IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESTATE OF RYAN VIOLA, deceased, by and through its Co-Administrators, ALICE VIOLA and SAMUEL VIOLA Jr., | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : : | NO. 14-5914- RB |
| TOWNSHIP OF BENSALEM, BENSALEM TOWNSHIP SCHOOL DISTRICT, BENSALEM TOWNSHIP POLICE DEPARTMENT, and ARMOUR AND SONS ELECTRIC, INC., | : : : : : : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this _____ day of _____, _____ upon consideration of Defendants', Township of Bensalem and the Bensalem Police Department's Partial Motion to Dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and any response thereto, Defendants' Motion is hereby GRANTED as follows:

1. Count I of Plaintiffs' Complaint as asserted against Defendants Township of Bensalem and the Bensalem Police Department is dismissed with prejudice;

2. Count II of Plaintiffs' Complaint to the extent it asserts a claim for Wrongful Death, and as asserted against Defendants Township of Bensalem and the Bensalem Police Department, is dismissed with prejudice; and

3. All claims against Defendant Bensalem Police Department are dismissed with prejudice.

                                                    _____

                                                                    J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESTATE OF RYAN VIOLA, deceased, by and through its Co-Administrators, ALICE VIOLA and SAMUEL VIOLA Jr., | : : : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : : | NO. 14-5914 - RB |
| TOWNSHIP OF BENSALEM, BENSALEM TOWNSHIP SCHOOL DISTRICT, BENSALEM TOWNSHIP POLICE DEPARTMENT, and ARMOUR AND SONS ELECTRIC, INC., | : : : : : : | |
| Defendants. | : | |

**DEFENDANTS TOWNSHIP OF BENSALEM AND BENSALEM TOWNSHIP POLICE DEPARTMENT'S PARTIAL MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendants the Township of Bensalem ("Township") and Bensalem Police Department ("Police Department"), by and through its attorneys, The MacMain Law Group, LLC, hereby move This Honorable Court pursuant to F.R.C.P. 12(b)(6) for an Order (1) dismissing with prejudice Count I in its entirety as against the Township and Police Department, (2) dismissing with prejudice Count II against the Township and Police Department to the extent it asserts a wrongful death claim; and (3) dismissing with prejudice all claims against the Police Department. The grounds of this Motion are more fully set forth in the accompanying Brief in

3

Support of Defendants' Motion.

                                      Respectfully Submitted,

Dated:  November 19, 2014        */s/ David J. MacMain*_____
                                      David J. MacMain
                                      Attorney ID # 59320
                                      The MacMain Law Group, LLC
                                      101 Lindenwood Drive, Suite 160
                                      Malvern, PA 19355
                                      dmacmain@macmainlaw.com
                                      Phone – (484) 318-7703
                                      Fax – (484) 328-3996
                                      *Counsel for Defendants, Township of Bensalem and Bensalem Police Department*

                                      **DEASEY, MAHONEY &VALENTINI, LTD.**

                         By:    */s/ John P. Morgenstern*_____
                                      JOHN P. MORGENSTERN, ESQUIRE
                                      Attorney I.D. No.: 80014
                                      1601 Market Street, Suite 3400
                                      Philadelphia, PA  19103
                                      215-587-9400
                                      215-587-9456 – FAX
                                      jpmorgenstern@dmvlawfirm.com
                                      *Counsel for Defendants Township of Bensalem and Bensalem Police Department*

## CERTIFICATE OF SERVICE

I, David J. MacMain, Esquire, hereby certify that on this 19th day of November, 2014, the foregoing *Defendants Township of Bensalem and Bensalem Police Department's Partial Motion to Dismiss Plaintiffs' Complaint* was filed electronically and is available for viewing and downloading from the United States District Court of the Eastern District of Pennsylvania. The following parties were served as follows:

*Via the ECF system*
Charles L. Leone, Esquire
The Law Offices of Louis R. Busico
133 N. State Street
Newtown, PA 18940
*Counsel for Plaintiffs*

*Via the ECF system*
Joseph J. Santarone, Jr., Esquire
Marshall Dennehey Warner Coleman & Goggin
2000 Market Street, Suite 2300
Philadelphia, PA 19103
*Counsel for Defendant,
Bensalem Township School District*

*Via First Class Mail*
Armour and Sons Electric, Inc.
23 E. Cabot Boulevard
Langhorne, PA 19047

THE MACMAIN LAW GROUP, LLC

Dated: November 19, 2014      By:   */s/ David J. MacMain*
David J. MacMain
Attorney I.D. No. 59320
101 Lindenwood Drive, Suite 160
Malvern, PA 19355
*Counsel for Defendants, Township of Bensalem and Bensalem Police Department*